**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  25-81034-CIV-SMITH**

LAVINIA SASU-PILTZ,

      Plaintiff,

v.

RIC L. BRADSHAW,

      Defendant.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Report and Recommendation of the Honorable, Bruce E. Reinhart, recommending Defendant's Motion to Dismiss be granted in part and denied in part [DE 15].  No objections have been filed.  Accordingly, having reviewed the Report and Recommendation, the record, and given that no objections have been filed, it is

**ORDERED** that:

1)      The Magistrate Judge's Report and Recommendation to District Judge **[DE 18]** is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2)       Defendant's Motion to Dismiss Complaint [DE 8] is **GRANTED in part and DENIED in part.**

3)      The claims for discrimination and retaliation under Title VII (Counts I II) are **DISMISSED with prejudice** as untimely.

4)      The Motion is **DENIED** as to Ms. Sasu-Piltz's claims under the FCRA (Counts III, V).

5)      The claim for hostile work environment under Title VII (Count IV) is **DISMISSED with leave to amend**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 8th day of July, 2026.

cc:    All Counsel of Record

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**